# United States District Court
# District of Massachusetts

PAUL F. McNALLY, ETC., ETC., ET AL.,
        Plaintiffs,

        v.                  CIVIL ACTION NO. 2004-11754-DPW

SENTRY FENCE & IRON CO.,
JAMES MARCONI,
        Defendants.

## ORDER ON MOTION FOR AN *EX PARTE* ORDER OF ATTACHMENT BY TRUSTEE PROCESS (#2)

COLLINGS, U.S.M.J.

    Upon a review of the pleadings, I find that there is a reasonable likelihood that the plaintiff will recover judgement, including interest and costs, in the amount of $16,446.90 and that there is no liability insurance known or reasonably believed to be available to satisfy any such judgment. I further find that there is a clear danger that the defendants, if notified in advance of the

attachment on trustee process, will convey or dissipate the funds.

Accordingly, it is ORDERED that the Motion for an *Ex Parte* Order of Attachment by Trustee Process (#2) be, and the same hereby is, ALLOWED. I APPROVE attachments on trustee process in the amount of sixteen thousand, four hundred forty-six dollars and ninety cents ($16,446.90). *See* Rule 4.2(c), Mass. R. Civ. P.

The file is RETURNED to the Clerk's Office with instructions that the Clerk issue the requested attachments on trustee process in the amount approved herein.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

December 2, 2004.