UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 DEC -3  P 2: 48

DISTRICT COURT
DISTRICT OF MASS.

| |
|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND, <br>    Plaintiffs <br><br> vs. <br><br> SENTRY FENCE & IRON CO. and JAMES MARCONI, <br>    Defendants <br><br> and <br><br> EASTERN BANK, <br>    Trustee |

C.A. No. 04-11754 DPW

### AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. The Complaint in the above-captioned matter was filed with this honorable Court on August 9, 2004.

3. Shortly after the filing of the Complaint, Sentry Fence & Iron Co. ("Sentry Fence") offered to pay the total of its delinquent fringe benefit contributions to the Funds over a period of two months. The Funds accepted Sentry Fence's offer and, hoping to resolve the

matter without further litigation, directed this office to cease its litigation efforts for the time being.

4. Unfortunately, it became evident by November, 2004 that Sentry Fence would not make the payments it had promised the Funds it would make. As a result, the Funds directed this office to resume its litigation efforts.

5. Subsequently, the Motion for an Ex Parte Order of Attachment by Trustee Process in the above-captioned matter was filed on November 10, 2004.

6. The Plaintiffs' Motion was granted by the Honorable Robert B. Collins on December 2, 2004, and the Funds are now working diligently to secure attachment of the Defendants' bank accounts.

7. However, the deadline by which the Funds must serve its Complaint upon the Defendants under the Federal Rules of Civil Procedure is December 7, 2004. It is highly unlikely that the Funds will be able to complete the process of attaching the Defendants' bank accounts in such short order.

8. If the Funds must serve the Complaint in the above-captioned matter before having completed attaching the Defendants' bank accounts, there is a strong likelihood that the Defendants will transfer or dissipate any assets which currently exist in the bank accounts the Funds seek to attach.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF DECEMBER, 2004.

_____
Anne R. Sills, Esquire

GAG/gag&ts
ARS 6306 03-428/affsills2.doc

2