

DISTRICT OF MASSACHUSETTS

U.S. District Court

District of MASS.

C.A. No.: 04-11754 DPW

Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health & Welfare Fund, et al

    Plaintiffs

vs.

Sentry Fence & Iron Co. and James Marconi

    Defendants

ANSWER OF TRUSTEE

Eastern Bank, Summoned as Trustee for the defendants, Sentry Fence & Iron Co. and James Marconi, in the above-entitled matter, says that at the time of service of the summons upon Eastern Bank on December 14, 2004, it had in its possession no goods, effects, or attachable credits unconditionally due the defendant.

Signed under the penalties of perjury by Shiela Devonshire, Assistant Vice President of Eastern Bank, this 28th day of December 2004.

*/s/ Shiela Devonshire*

### Certificate of Service

I, Shiela Devonshire, hereby certify that I this date served a copy of the within Answer of Trustee upon the Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health & Welfare Fund, et al by mailing a copy of the same postage prepaid to Gregory Geiman, Esquire, of Segal, Roitman & Coleman, 11 Beacon Street, Suite 500, Boston, MA 02108-3006, Plaintiff's Attorney.

Date: December 28, 2004

*/s/ Shiela Devonshire*