AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Paul J. McNally, as he is Trustee, Massachusetts
Laborers' Health and Welfare Fund and New England
Laborers' Training Trust Fund; James Merloni, Jr.,
as he is Trustee, Massachusetts Laborers' Pension
Fund and Massachusetts Legal Services Fund; Martin
F. Walsh, as he is Trustee, Massachusetts
Laborers' Annuity Fund, Plaintiffs
                v.
Sentry Fence & Iron Co. and James Marconi,
                Defendants
                and
Eastern Bank,
                Trustee

**SUMMONS IN A CIVIL ACTION**

04  11754 DPW

CASE NUMBER:

TO: (Name and address of Defendant)
  James Marconi
  15 Pine Grove Avenue
  Lynn, MA  01905

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

  Gregory A. Geiman, Esquire
  Segal, Roitman & Coleman
  11 Beacon Street
  Suite #500
  Boston, MA  02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                   AUG 11 2004
CLERK                                                          DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

---

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590
*Essex, ss.*

February 14, 2005

I hereby certify and return that on 2/12/2005 at 9:00AM I served a true and attested copy of the summons, complaint and exhibits in this action in the following manner: To wit, by leaving at the last and usual place of abode of James Marconi, 15 Pine Grove Avenue, Lynn, MA 01905 and by mailing 1st class to the above address on 2/14/2005. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($6.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $40.90

Deputy Sheriff Michael Burke

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.