AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Paul J. McNally, as he is Trustee, Massachusetts
Laborers' Health and Welfare Fund and New England
Laborers' Training Trust Fund; James Merloni, Jr.,
as he is Trustee, Massachusetts Laborers' Pension
Fund and Massachusetts Legal Services Fund; Martin
F. Walsh, as he is Trustee, Massachusettts
Laborers' Annuity Fund, Plaintiffs

v.

Sentry Fence & Iron Co. and James Marconi,
Defendants

and

Eastern Bank,
Trustee

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11754 DPW

TO: (Name and address of Defendant)

Sentry Fence & Iron Co.
~~120 Main Street~~
~~North Reading, MA 01864~~

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



(By) DEPUTY CLERK

AUG 1 1 2004

DATE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 28, 2005

By virtue of this writ I have made diligent search for the president, treasurer, clerk, cashier, secretary agent or other officer in charge of the business of the within-named judgment debtor corporation SENTRY FENCE & IRON CO. BUT AFTER MANY ATTEMPTS FOR IN HAND SERVICE, WAS UNSUCCESSFUL I therefore return this writ without service. Deputy Expense ($15.00) Total Charges $15.00

_____
Deputy Sheriff

☐ Other (specify):

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

March 17, 2005

I hereby certify and return that on 3/16/2005 at 1:10PM I served a true and attested copy of the summons and complaint, exhibits in this action in the following manner: To wit, by delivering in hand to James Marconi, President at Sentry Fence & Iron Co., 15 Pine Grove Avenue, Lynn, MA. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($6.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $43.90

Deputy Sheriff Michael Burke

_____
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.