4/1/05

FILED
...K'S OFFICE

2005 APR -1  A 11: 09

.... COURT
DISTRICT OF MASS.

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,

        Plaintiffs

        vs.

SENTRY FENCE & IRON CO. and
JAMES MARCONI,

        Defendants

        and

EASTERN BANK,

        Trustee

04 CV 11754-DPW

4/01/05 Defendants Answer To Summons

IT is Not My intention To Avoid paying
This Debt, but IT was Too Much all aT once
To pay The initial $16,000.00 with an additional
$5,000.00 per month plus legal Fees FOR The NexT
Three Months, I Have Not TRy To hide any
Assets OR TRansfer any Funds with The intent

To decieve any one, I am Asking For additional Time To pay down This DebT and feel ThaT by Mid September oF 2005 IT will be cleared up

Thank you

James Marconi

James MaRconi
OwNeR Sentry FNce + IRon Co,