UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,
          Plaintiffs

vs.

SENTRY FENCE & IRON CO. and
JAMES MARCONI,
          Defendants

and

EASTERN BANK,
          Trustee

C.A. No. 04-11754 DPW

## MOTION FOR ATTACHMENT OF
## PERSONAL PROPERTY OF DEFENDANT

Now come the Plaintiffs in the above-entitled matter and move this Court, pursuant to Rule 64, Fed.R.Civ.P., M.G.L. c. 223, and Rule 4.1, Mass.R.Civ.P., for an order to attach personal property of Defendant Sentry Fence & Iron Co. ("Sentry Fence"), to the value of $22,252.87, representing the demand for judgment plus estimated prejudgment interest, statutory liquidated damages, attorneys' fees, and costs.

In support thereof, Plaintiffs state they are reasonably likely to recover judgment in an amount equal to or greater than the amount of the attachment over and above any liability

insurance shown by Sentry Fence to be available to satisfy the judgment. In support of this Motion, plaintiffs rely on a Memorandum of Law submitted herewith and the Affidavits of Philip Mackay and Anne R. Sills, and other pleadings on file in this case.

>Respectfully submitted,
>
> PAUL J. McNALLY, as he is
> TRUSTEE, MASSACHUSETTS
> LABORERS' HEALTH AND WELFARE
> FUND, et al,
>
> By their attorneys,
>
> _/s/ Gregory A. Geiman_
> Anne R. Sills, Esquire
> BBO #546576
> Gregory A. Geiman, Esquire
> BBO #655207
> Segal, Roitman & Coleman
> 11 Beacon Street
> Suite #500
> Boston, MA 02108
> (617) 742-0208

Dated: August 22, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion for Attachment of Personal Property of Defendant has been served by first class mail upon Defendants Sentry Fence & Iron Co. and James Marconi at 15 Pine Grove Avenue, Lynn, MA 01905 this 22nd day of August, 2005.

_/s/ Gregory A. Geiman_
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-428/motattach-persprop.doc