UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>    Plaintiffs<br><br>vs.<br><br>SENTRY FENCE & IRON CO. and JAMES MARCONI,<br>    Defendants<br><br>and<br><br>EASTERN BANK,<br>    Trustee | C.A. No. 04-11754 DPW |

### AFFIDAVIT OF ANNE R. SILLS

1.  My name is Anne R. Sills. I am a partner with the law firm of Segal, Roitman & Coleman.

2.  This firm has been involved in efforts to collect contributions owed the Massachusetts Laborers' Benefit Funds by Sentry Fence & Iron Co. ("Sentry Fence") since on or about December 4, 2003. Since that date, we have incurred legal fees of $5,280.00 and costs of $352.44.

3. A review of Sentry Fence's assets uncovered the following motor vehicles which are, upon information and belief, owned by Sentry Fence and used solely for business purposes: (a) 1990 Chevrolet Pickup 3500 Base Model (MA K14431); (b) 1992 Ford Pickup F350 Base Model (MA J59697); and (c) 1995 Chevrolet 3500 Base Model (MA K71512).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF AUGUST, 2005.

*Anne R. Sills*
Anne R. Sills, Esquire

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by first class mail upon Defendants Sentry Fence & Iron Co. and James Marconi at 15 Pine Grove Avenue, Lynn, MA 01905 this 22nd day of August, 2005.

*Gregory C. Geiman*
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-428/affsills3.doc