UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　Plaintiffs<br><br>vs.<br><br>SENTRY FENCE & IRON CO. and JAMES MARCONI,<br>　　　　　Defendants<br><br>and<br><br>EASTERN BANK,<br>　　　　　Trustee | C.A. No. 04-11754 DPW |

## FINDING AND ORDER OF APPROVAL OF ATTACHMENT

This cause came on to be heard after notice and opportunity to be heard and upon a motion for approval of attachment, and upon consideration thereof this Court hereby finds that there is a reasonable likelihood that the Plaintiffs will recover judgment, including estimated interest, statutory liquidated damages, attorneys' fees, and costs, in an amount equal to or greater than the amount of the attachment approved herein over and above any liability insurance shown by the Defendant to be available to satisfy the judgment.

WHEREUPON this Court hereby approves attachment in the amount of $22,252.87.

_____          _____
Date                                    Honorable Douglas P. Woodlock
                                        United States District Judge

GAG/gag&ts
ARS 6306 03-428/find&ord-attach.doc