UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>    Plaintiffs<br><br>vs.<br><br>SENTRY FENCE & IRON CO. and JAMES MARCONI,<br>    Defendants<br><br>and<br><br>EASTERN BANK,<br>    Trustee | C.A. No. 04-11754 DPW |

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies,

and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 9, 2004 in which the Plaintiffs are Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, whose attorney is Gregory A. Geiman of Segal, Roitman, and Coleman of 11 Beacon Street, Suite #500, Boston, Massachusetts 02108, we command you to attach the personal property of the Defendant

Sentry Fence & Iron Co. in accordance with the following directions and/or limitations (if any):

to the value of $22,252.87 and make due return of this writ with your doings thereon into said Court.

     This attachment was approved on August _____, 2005 by the Honorable Douglas P. Woodlock in the amount of $22,252.87.

     DATED AT BOSTON, MASSACHUSETTS THIS ____ DAY OF AUGUST, 2005.

_____
Honorable Douglas P. Woodlock
United States District Judge

GAG/gag&ts
ARS 6306 03-428/writ-attach.doc