# United States District Court
# District of Massachusetts

PAUL J. McNALLY, ETC. EL AL.,
    Plaintiffs,

    v.                                  CIVIL ACTION NO. 2004-11754-DPW

SENTRY FENCE & IRON CO.,
JAMES MARCONI,
    Defendants.

## FINDINGS AND ORDER
## ON MOTION FOR ATTACHMENT (#15)

COLLINGS, Ch.U.S.M.J.

    After a review of the pleadings and a hearing, I find that there is a reasonable likelihood that the plaintiff will recover judgment, including interest and costs and attorney's fees, in the amount of $22, 250.00 and that there is no liability insurance shown by the defendants available to satisfy any such judgment.

    Accordingly, I APPROVE attachments on the personal property of the defendants in the amount of twenty-two thousand, two hundred fifty dollars ($22,250.00). *See* Rule 4.1(c), Mass.R.Civ.P.

The Clerk is directed to issue the requested attachments in the amount approved herein.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

October 13, 2005.