UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>          Plaintiffs<br><br>vs.<br><br>SENTRY FENCE & IRON CO. and JAMES MARCONI,<br>          Defendants<br><br>and<br><br>EASTERN BANK,<br>          Trustee | C.A. No. 04-11754 DPW |

**PLAINTIFFS' MOTION TO REOPEN CASE**

Plaintiffs Paul J. McNally, as he is Trustee, et al., herein respectfully move this honorable Court to reopen the above-captioned case. This Court entered a 60-day Settlement Order of Dismissal on October 26, 2005, upon notification that the parties in this matter had come to terms on a settlement of the above-captioned matter. As grounds for this Motion, Plaintiffs state as follows:

    1.    The Defendants signed a letter agreement regarding the repayment of amounts that are claimed by the Funds in the above-captioned litigation on or about October 21, 2005. A true and accurate copy of the letter agreement is attached hereto as Exhibit A.

2. The letter agreement states as follows:

> . . . the Defendants Sentry Fence & Iron Co. and James Marconi will pay to the Massachusetts Laborers' Benefit Funds the balance of fringe benefit contributions owed through March, 2004 of $5,958.00, plus interest owed to date of $3,470.83, for a total of $9,428.83, no later than 5:00 p.m. on Friday, November 18, 2005. In consideration for the Defendants' assent to the terms of this letter agreement, the Plaintiffs will forego the collection of liquidated damages and attorneys' fees, and will stay their efforts in the above-referenced litigation, but only until 5:00 p.m., Friday, November 18, 2005, after which time, if payment of $9,428.83 has not been received, the Plaintiffs will resume litigation and seek collection of all amounts to which they are entitled.

3. The Defendants have failed to comply with the terms of this letter agreement.

WHEREFORE, Plaintiffs respectfully move this honorable Court to reopen the above-captioned case.

Respectfully submitted,

PAUL J. McNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated: December 5, 2005

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion to Reopen Case in this matter he left a voicemail for Sentry Fence president James Marconi, but that this call went unreturned.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion to Reopen Case has been served by first class mail upon Defendants Sentry Fence & Iron Co. and James Marconi at 15 Pine Grove Avenue, Lynn, MA 01905 this 5th day of December, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-428/motion-reopen.doc