10/19/2005 14:56 18796545219 SENTRY FENCE AND IRO PAGE 01
Case 1:04-cv-11754-DPW   Document 24-2   Filed 12/05/2005   Page 1 of 2

OCT-19-05 14:58 FROM:SEGAL/ROITMAN+COLEMAN   ID:6177422187   PAGE 2/3

# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE PRATT-MITRA
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

* Also Admitted to the
New Hampshire Bar

** Also Admitted to
the California Bar

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, JR.
PAUL S. HOROVITZ

October 19, 2005

**BY FAX & MAIL**
James Marconi, President
Sentry Fence and Iron Co.
15 Pine Grove Avenue
Lynn, MA 01905

Re: Paul J. McNally, as he is Trustee, et al. v. Sentry Fence & Iron Co. and James Marconi
C.A. No. 04-11754 DPW

Dear Mr. Marconi:

The purpose of this letter is to memorialize our agreement that the Defendants Sentry Fence & Iron Co. and James Marconi will pay to the Massachusetts Laborers' Benefit Funds the balance of fringe benefit contributions owed through March, 2004 of $5,958.00, plus interest owed to date of $3,470.83, for a total of $9,428.83, no later than 5:00 p.m. on Friday, November 18, 2005. In consideration for the Defendants' assent to the terms of this letter agreement, the Plaintiffs will forego the collection of liquidated damages and attorneys' fees, and will stay their efforts in the above-referenced litigation, but only until 5:00 p.m., Friday, November 18, 2005, after which time, if payment of $9,428.83 has not been received, the Plaintiffs will resume litigation and seek collection of all amounts to which they are entitled.

Please sign on behalf of Sentry Fence & Iron Co. and on your own behalf in the spaces provided below if you assent to the terms of this letter agreement. Note that this letter agreement will be null and void if not executed and returned via fax ((617) 742-2187) by 5:00 p.m. on Friday, October 21, 2005. Also, please sign, date and mail back the original to *my attention* upon receipt.

Very truly yours,

Gregory A. Geiman

TEL: (617) 742-0208 • FAX: (617) 742-2187

10/19/2005 14:56   19795545210   Case 1:04-cv-11754-DPW   Document 24-2   SENTRY FENCE AND IRO   Filed 12/05/2005   Page 2 of 2   PAGE 02

OCT-19-05 14:59 FROM:SEGAL/ROITMAN+COLEMAN         ID:6177422187                  PAGE    3/3

Agreed:

_____  10/21/05
Sentry Fence & Iron Co.          Date

_____  10/21/05
James Marconi                    Date

GAG/gag&ts
ARS 6306 03-428/marconi6.doc