UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,
                Plaintiffs

                vs.

SENTRY FENCE & IRON CO. and
JAMES MARCONI,
                Defendants

                and

EASTERN BANK,
                Trustee

C.A. No. 04-11754 DPW

## VERIFIED REQUEST TO ENTER DEFAULT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, request the Clerk to enter the default of defendants Sentry Fence & Iron Co. ("Sentry Fence") and James Marconi (hereinafter "Marconi"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1)    This action was filed on August 9, 2004.

2)    The Complaint was served on Sentry Fence on March 16, 2005 and on Marconi on February 12, 2005.

3)   Although the Defendants filed an Answer to Summons on April 1, 2005, this document did not comply with the requirements of Fed. R. Civ. P. 8(b) or with Local Rule 83.5.2(d), and thus, was not sufficient as an answer.

WHEREFORE, Plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

PAUL J. MCNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated: January 10, 2006

## VERIFICATION

I, Gregory A. Geiman, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Verified Request to Enter Default has been served by first class mail upon Defendants Sentry Fence & Iron Co. and James Marconi at 15 Pine Grove Avenue, Lynn, MA  01905 this 10th day of January, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-428/verreqdf.doc