**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Paul J. McNally, as he is | ) | |
| Trustee,Massachusetts | ) | |
| Laborers' Health and Welfare | ) | |
| Fund and New England Laborers') | | |
| Training Trust Fund; James | ) | |
| Merloni, Jr., as he is | ) | |
| Trustee, Massachusetts | ) | |
| Laborers' Pension Fund and | ) | |
| Massachusetts Legal Services | ) | |
| Fund; Martin F. Walsh, as he | ) | |
| is Trustee, Massachusetts | ) | |
| Laborers' Annuity Fund | ) | |
|    Plaintiffs, | ) | |
|       v. | ) | CIVIL ACTION |
| | ) | NO. 04cv11754-DPW |
| | ) | |
| Sentry Fence & Iron Co. and | ) | |
| James Marconi | ) | |
|    Defendants. | ) | |
| | ) | |
|       And | ) | |
| | ) | |
| Eastern Bank, | ) | |
|    Trustee | ) | |

## <u>NOTICE OF DEFAULT</u>

Upon application of the Plaintiff for an Order of Default for failure of the Defendants, **Sentry Fence & Iron Co. and James Marconi**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants **Sentry Fence & Iron Co. and James Marconi** have been defaulted this **3rd day of February 2006**.

Sarah A. Thornton
Clerk

by: _/s/ Richard Nici_____
Deputy Clerk