**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　　　Plaintiffs<br><br>vs.<br><br>SENTRY FENCE & IRON CO. and JAMES MARCONI,<br>　　　　　　　Defendants<br><br>and<br><br>EASTERN BANK,<br>　　　　　　　Trustee | C.A. No. 04-11754 DPW |

## MOTION FOR EXTENSION OF TIME TO FILE
## FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, herein respectfully move this honorable Court for an extension of time until March 31, 2006 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

1.　　　The Plaintiffs have experienced an unanticipated delay in receipt of necessary materials in support of their Motion.

WHEREFORE, Plaintiffs seek an extension of time until March 31, 2006 in which to file

for Entry of Default Judgment in this matter.

Respectfully submitted,

PAUL J. McNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  March 6, 2006

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Plaintiffs' Motion for Extension of Time for Entry of Default Judgment has been served by first class mail upon defendants, Sentry Fence & Iron Co. and James Marconi at 15 Pine Grove Avenue, Lynn, MA  01905 this 6th day of March, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-428/motion-extime-dj.doc