UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,
         Plaintiffs

vs.

SENTRY FENCE & IRON CO. and JAMES MARCONI,
         Defendants

and

EASTERN BANK,
         Trustee

C.A. No. 04-11754 DPW

## AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am a partner with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the Massachusetts Laborers' Benefit Funds by Sentry Fence & Iron Co. and James Marconi since on or about December 4, 2003. Since that date, we have incurred legal fees of $7,380.00 and costs of $439.70.

2

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31st DAY OF MARCH, 2006.

/s/ Anne R. Sills
Anne R. Sills, Esquire

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Affidavit has been served by first class mail upon Defendants Sentry Fence & Iron Co. and James Marconi at 15 Pine Grove Avenue, Lynn, MA 01905 this 31st day of March, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-428/affsills4.doc