UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>            Plaintiffs<br><br>vs.<br><br>SENTRY FENCE & IRON CO. and JAMES MARCONI,<br>            Defendants<br><br>and<br><br>EASTERN BANK,<br>            Trustee | C.A. No. 04-11754 DPW |

**DEFAULT JUDGMENT**

Defendants Sentry Fence & Iron Co. and James Marconi, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendants owe Plaintiffs the sum of $1,958.00 in unpaid benefit funds contributions; $635.68 in interest on the unpaid contributions; $3,589.26 in interest on late-paid contributions; an additional $391.60 in liquidated damages; and $7,819.70 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

2

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendants Sentry Fence & Iron Co. and James Marconi the principal amount of $1,958.00; prejudgment interest of $635.68; interest on late-paid contributions of $3,589.26; liquidated damages of $391.60; and attorneys' fees and costs of $7,819.70, for a total judgment of $14,394.24, with interest as provided by law, which interest rate is effective this date is _____ percent.

_____
The Honorable Douglas P. Woodlock
United States District Court

Dated: _____

GAG/gag&ts
ARS 6306 03-428/defltjdg.doc