UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　　Plaintiffs<br><br>vs.<br><br>SENTRY FENCE & IRON CO. and JAMES MARCONI,<br>　　　　　　Defendants<br><br>and<br><br>EASTERN BANK,<br>　　　　　　Trustee | C.A. No. 04-11754 DPW |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANTS SENTRY FENCE & IRON CO. and JAMES MARCONI**

Now come the Plaintiffs (hereinafter, the "Funds"), and request the Clerk, pursuant to Rule 55(b)(l), Fed.R.Civ.P., to enter default judgment in favor of the Funds and against Defendants Sentry Fence & Iron Co. ("Sentry Fence") and James Marconi ("Marconi"), holding Sentry Fence and Marconi joint and severally liable for all unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, reasonable attorneys' fees, and costs as follows:

| | | |
|---|---|---|
| A. | Principal owed to the Funds through March, 2004 | $1,958.00 |
| B. | Prejudgment interest on the unpaid contributions, as mandated by 29 U.S.C. § 1132(g)(2)(B) | $635.68 |
| C. | Interest on late-paid contributions | $3,589.26 |
| D. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C) | $391.60 |
| E. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $8,040.00 |
| F. | Costs | $440.81 |
| | **TOTAL** | **$15,055.35** |

As grounds therefore, Plaintiffs state that default has been entered against Defendants for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendants are neither infants nor incompetent persons.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against Defendants Sentry Fence & Iron Co. and James Marconi.

Respectfully submitted,

PAUL J. McNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500

                                        Boston, MA  02108
                                        (617) 742-0208
                                        ggeiman@segalroitman.com

Dated:  May 17, 2006

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above Plaintiffs' Amended Motion for Entry of Default Judgment Against Defendants Sentry Fence & Iron Co. and James Marconi has been served by first class mail upon Defendants Sentry Fence & Iron Co. and James Marconi at 15 Pine Grove Avenue, Lynn, MA  01905 this 17th day of May, 2006.

                                        /s/ Gregory A. Geiman
                                        Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-428/motion-dj2.doc