## SETTLEMENT AGREEMENT

Sentry Fence & Iron Co. ("Sentry"), James Marconi ("Marconi"), the Massachusetts Laborers' District Council ("Union") and Massachusetts Laborers' Benefit Funds ("Funds") state that:

WHEREAS, Sentry became signatory to a collective bargaining agreement with the Union on March 17, 2003, which agreement was effective June 1, 2000 through May 31, 2004; and

WHEREAS, pursuant to the terms of that agreement, Sentry was obligated to make fringe benefit contributions to the Funds for all hours worked by its covered employees and to forward all dues deducted from its employees' pay; and

WHEREAS, Sentry failed to make all required contributions and forward all dues and was determined by the Funds' auditor to owe the Funds and Union $33,990.00 for work performed through March, 2004; and

WHEREAS, as a result of its failure to make all payments it also owes interest on the delinquent contributions, liquidated damages and attorney's fees; and

WHEREAS, Sentry reduced the amount owed to $10,958.00 through partial payments made pursuant to a predecessor Settlement Agreement signed between the parties on June 9, 2004; and

WHEREAS, Sentry failed to make any further payments under the terms of the predecessor Settlement Agreement; and

WHEREAS, the Funds subsequently sued Sentry in August, 2004 in <u>Paul J. McNally, as he is Trustee, et al v. Sentry Fence & Iron Co. and James Marconi</u>, C.A. No. 04-11754-DPW, to collect $10,958.00 in delinquent contributions owed through March, 2004, together with interest, fees, costs and damages; and

WHEREAS, the parties wish to resolve this dispute;

Now therefore, the parties agree as follows:

1.  Sentry will pay the $10,958.00 in delinquent fringe benefit contributions and dues owed through March, 2004 and interest as follows:

    a)  An initial payment of $2,000.00 upon the signing of this agreement;

    b)  Payment of $2,191.60 30 days after the signing of the agreement but in any event by no later than August 21, 2005;

    c)    Payment of $2,191.60 by September 21, 2005;

    d)    Payment of $2,191.60 by October 21, 2005; and

    e)    A final payment of $2,383.00 by November 21, 2005 toward the delinquency together with all accrued interest.

2. James Marconi, the president and sole owner of Sentry herein personally guarantees the payments set forth in paragraph 1 above.

3. Sentry further agrees to accelerate these payments whenever possible.

4. In consideration for Sentry's compliance with paragraphs 1-3 supra, the Funds will stay the litigation in <u>Paul J. McNally, as he is Trustee, et al v. Sentry Fence & Iron Co. and James Marconi</u>, C.A. No. 04-11754-DPW and waive their claims for liquidated damages and attorney's fees.

| Sentry Fence and Iron Co. | Massachusetts Laborers' District Council |
|---|---|
| _____ | *[signature]* Paul J. McNally, Business Manager |
| James Marconi, President | |
| Date:_____ | Date: 7/20/05 |
| James Marconi | Massachusetts Laborers' Benefit Funds |
| _____ | _____ |
| James Marconi, Individually | Thomas Masiello, Administrator |
| Date:_____ | Date:_____ |

GAG/gag&ts
ARS 6306 03-428/settlagr2.doc

    c)    Payment of $2,191.60 by September 21, 2005;

    d)    Payment of $2,191.60 by October 21, 2005; and

    e)    A final payment of $2,383.00 by November 21, 2005 toward the delinquency together with all accrued interest.

2. James Marconi, the president and sole owner of Sentry herein personally guarantees the payments set forth in paragraph 1 above.

3. Sentry further agrees to accelerate these payments whenever possible.

4. In consideration for Sentry's compliance with paragraphs 1-3 supra, the Funds will stay the litigation in <u>Paul J. McNally, as he is Trustee, et al v. Sentry Fence & Iron Co. and James Marconi</u>, C.A. No. 04-11754-DPW and waive their claims for liquidated damages and attorney's fees.

| Sentry Fence and Iron Co. | Massachusetts Laborers' District Council |
|---|---|
| _____ | _____ |
| James Marconi, President | Paul J. McNally, Business Manager |
| Date:_____ | Date:_____ |
| | |
| James Marconi | Massachusetts Laborers' Benefit Funds |
| | *(signed)* Thomas Masiello |
| _____ | _____ |
| James Marconi, Individually | Thomas Masiello, Administrator |
| Date:_____ | Date: July 25, 2005 |

GAG/gag&ts
ARS 6306 03-428/settlagr2.doc

2

    c)     Payment of $2,191.60 by September 21, 2005;

    d)     Payment of $2,191.60 by October 21, 2005; and

    e)     A final payment of $2,383.00 by November 21, 2005 toward the delinquency together with all accrued interest.

2. James Marconi, the president and sole owner of Sentry herein personally guarantees the payments set forth in paragraph 1 above.

3. Sentry further agrees to accelerate these payments whenever possible.

4. In consideration for Sentry's compliance with paragraphs 1-3 supra, the Funds will stay the litigation in *Paul J. McNally, as he is Trustee, et al v. Sentry Fence & Iron Co. and James Marconi*, C.A. No. 04-11754-DPW and waive their claims for liquidated damages and attorney's fees.

| Sentry Fence and Iron Co. | Massachusetts Laborers' District Council |
|---|---|
| _/s/ James Marconi_ <br> James Marconi, President <br> Date: 7/15/05 | _____ <br> Paul J. McNally, Business Manager <br> Date: _____ |
| James Marconi | Massachusetts Laborers' Benefit Funds |
| _/s/ James Marconi_ <br> James Marconi, Individually <br> Date: 7/15/05 | _____ <br> Thomas Masiello, Administrator <br> Date: _____ |

OAG/gagtrs
ARS 6306 03-428/settlagr2.doc

2