UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　Plaintiffs<br><br>vs.<br><br>SENTRY FENCE & IRON CO. and JAMES MARCONI,<br>　　　　　Defendants<br><br>and<br><br>EASTERN BANK,<br>　　　　　Trustee | C.A. No. 04-11754 DPW |

## AFFIDAVIT OF THOMAS P.V. MASIELLO AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1. My name is Thomas P.V. Masiello. I am the Administrator of the Massachusetts Laborers' Benefit Health and Welfare Fund.

2. I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3. I have caused careful investigation to be made to ascertain whether Sentry Fence & Iron Co. or James Marconi, the above-named defendants, are within the military service of the United States, and have concluded on the basis of such investigation that they are not.

4. I have also caused careful investigation to be made to ascertain whether Sentry Fence & Iron Co. or James Marconi are infants or incompetent persons, and have concluded on the basis of such investigation that they are not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17 DAY OF MAY, 2006.

_____
Thomas P.V. Masiello

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by first class mail upon Defendants Sentry Fence & Iron Co. and James Marconi at 15 Pine Grove Avenue, Lynn, MA 01905 this 17th day of May, 2006.

_____
Gregory A. Geiman, Esquire

GAG/gag8ts
ARS 6306 03-428/affmasiello.doc

2