UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>            Plaintiffs<br><br>vs.<br><br>SENTRY FENCE & IRON CO. and JAMES MARCONI,<br>            Defendants<br><br>and<br><br>EASTERN BANK,<br>            Trustee | C.A. No. 04-11754 DPW |

## AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am a partner with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the Massachusetts Laborers' Benefit Funds by Sentry Fence & Iron Co. and James Marconi since on or about December 4, 2003. Since that date, we have incurred legal fees of $8,040.00 and costs

2

of $440.81. A true and accurate breakdown of the fees and expenses incurred by the Funds in this matter is attached hereto as Exhibit A.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17th DAY OF MAY, 2006.

/s/ Anne R. Sills
Anne R. Sills, Esquire

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Affidavit has been served by first class mail upon Defendants Sentry Fence & Iron Co. and James Marconi at 15 Pine Grove Avenue, Lynn, MA 01905 this 17th day of May, 2006.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-428/affsills4-2.doc