5/10/2006                          SEGAL, ROITMAN & COLEMAN
1:30 PM                                 Slip Listing                                    Page    1

---

## Selection Criteria

| | |
|---|---|
| Slip.Billing Status | Billable |
| Acti.Selection | Include: TIME |
| Clie.Selection | Include: 6306-03428 |
| Slip.Classification | Open |
| Clie.Selection | Include: 6306-03428 |

---

Rate Info - identifies rate source and level

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 57926           TIME | A. Sills | 0.20 | 200.00 | 40.00 |
| 12/8/2003 | TIME | 0.00 | C@1 | |
| Billed           G:43587        1/22/2004 | MLBF.SENTR | 0.00 | | |
| CORRESPONDENCE WITH COMPANY | | 0.00 | | |
| 59328           TIME | A. Sills | 0.10 | 200.00 | 20.00 |
| 1/26/2004 | TIME | 0.00 | C@1 | |
| Billed           G:43991        2/11/2004 | MLBF.SENTR | 0.00 | | |
| CONSULTATIONS WITH ATTORNEY BASS | | 0.00 | | |
| 60677           TIME | A. Sills | 0.20 | 200.00 | 40.00 |
| 3/5/2004 | TIME | 0.00 | C@1 | |
| Billed           G:44835        4/14/2004 | MLBF.SENTR | 0.00 | | |
| CORRESPONDENCE WITH ATTORNEY BASS | | 0.00 | | |
| 60764           TIME | A. Sills | 0.10 | 200.00 | 20.00 |
| 3/8/2004 | TIME | 0.00 | C@1 | |
| Billed           G:44835        4/14/2004 | MLBF.SENTR | 0.00 | | |
| CONSULTATIONS WITH ATTORNEY BASS | | 0.00 | | |
| 61977           TIME | A. Sills | 0.20 | 200.00 | 40.00 |
| 4/14/2004 | TIME | 0.00 | C@1 | |
| Billed           G:45459        5/21/2004 | MLBF.SENTR | 0.00 | | |
| CORRESPONDENCE WITH J. MARCONI | | 0.00 | | |
| 62050           TIME | A. Sills | 0.20 | 200.00 | 40.00 |
| 4/15/2004 | TIME | 0.00 | C@1 | |
| Billed           G:45459        5/21/2004 | MLBF.SENTR | 0.00 | | |
| CONSULTATIONS WITH ATTORNEY BASS | | 0.00 | | |
| 62073           TIME | A. Sills | 0.40 | 200.00 | 80.00 |
| 4/16/2004 | TIME | 0.00 | C@1 | |
| Billed           G:45459        5/21/2004 | MLBF.SENTR | 0.00 | | |
| CONSULTATIONS WITH J. PAVONE | | 0.00 | | |

5/10/2006
1:30 PM

SEGAL, ROITMAN & COLEMAN
Slip Listing

Page     2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 62183          TIME<br>4/22/2004<br>Billed          G:45459     5/21/2004<br>CONSULTATIONS WITH ATTORNEY BASS | A. Sills<br>TIME<br>MLBF.SENTR | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 80.00 |
| 62454          TIME<br>5/3/2004<br>Billed          G:45807     6/11/2004<br>CONSULTATIONS WITH ATTORNEY<br>BASS, J. PAVONE | A. Sills<br>TIME<br>MLBF.SENTR | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 62533          TIME<br>5/6/2004<br>Billed          G:45807     6/11/2004<br>CONSULTATIONS WITH T. MASIELLO, J.<br>PAVONE | A. Sills<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 62558          TIME<br>5/6/2004<br>Billed          G:45807     6/11/2004<br>CONSULTATIONS WITH ATTORNEY BASS | A. Sills<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 63034          TIME<br>5/24/2004<br>Billed          G:45807     6/11/2004<br>DRAFT SETTLEMENT AGREEMENT;<br>CONSULTATIONS WITH ATTORNEY BASS | A. Sills<br>TIME<br>MLBF.SENTR | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 80.00 |
| 63116          TIME<br>5/25/2004<br>Billed          G:45807     6/11/2004<br>CONSULTATIONS WITH ATTORNEY BASS | A. Sills<br>TIME<br>MLBF.SENTR | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 63244          TIME<br>6/1/2004<br>Billed          G:46352     7/9/2004<br>CONSULTATIONS WITH J. PAVONE,<br>ATTORNEY BASS | A. Sills<br>TIME<br>MLBF.SENTR | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 63365          TIME<br>6/3/2004<br>Billed          G:46352     7/9/2004<br>CORRESPONDENCE WITH ATTORNEY<br>BASS | A. Sills<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 63628          TIME<br>6/9/2004<br>Billed          G:46352     7/9/2004<br>CONSULTATIONS WITH ATTORNEY<br>BASS; CORRESPONDENCE WITH T.<br>MASIELLO | A. Sills<br>TIME<br>MLBF.SENTR | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 64364      TIME<br>6/28/2004<br>Billed    G:46352    7/9/2004<br>TELEPHONE CONSULTATION WITH PHILIP MACKAY REGARDING STATUS OF CASE | G. Geiman<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 69608      TIME<br>7/19/2004<br>Billed    G:49069    8/2/2004<br>CONSULTATIONS WITH ATTORNEY BASS | A. Sills<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 69609      TIME<br>7/21/2004<br>Billed    G:49069    8/2/2004<br>DRAFT LETTER TO SENTRY FENCE COUNSEL BASS REGARDING DELINQUENT PAYMENT UNDER SETTLEMENT AGREEMENT | G. Geiman<br>TIME<br>MLBF.SENTR | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 80.00 |
| 69610      TIME<br>7/28/2004<br>Billed    G:49069    8/2/2004<br>TELEPHONE CONSULTATION WITH ATTORNEY BASS REGARDING SENTRY FENCE'S FAILURE TO ADHERE TO PAYMENT PLAN | G. Geiman<br>TIME<br>MLBF.SENTR | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 65493      TIME<br>7/28/2004<br>Billed    G:47157    8/31/2004<br>TELEPHONE CONSULTATION WITH ATTORNEY BASS REGARDING SENTRY FENCE'S FAILURE TO ADHERE TO PAYMENT PLAN | G. Geiman<br>TIME<br>MLBF.SENTR | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 65598      TIME<br>7/30/2004<br>Billed    G:47157    8/31/2004<br>DRAFTED MOTION AND MEMORANDUM FOR EX PARTE ATTACHMENT VIA TRUSTEE PROCESS AND AFFIDAVITS IN SUPPORT THEREOF; DRAFTED FEDERAL COMPLAINT; CONDUCTED RESEARCH | G. Geiman<br>TIME<br>MLBF.SENTR | 5.80<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 1160.00 |
| 69611      TIME<br>7/30/2004<br>Billed    G:49069    8/2/2004<br>DRAFTED MOTION AND MEMORANDUM FOR EX PARTE ATTACHMENT VIA TRUSTEE PROCESS AND AFFIDAVITS IN | G. Geiman<br>TIME<br>MLBF.SENTR | 2.80<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 560.00 |

5/10/2006                                  SEGAL, ROITMAN & COLEMAN
1:30 PM                                         Slip Listing                                    Page    4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| SUPPORT THEREOF; DRAFTED FEDERAL COMPLAINT; CONDUCTED RESEARCH | | | | |
| 65755          TIME<br>8/4/2004<br>Billed       G:48174      9/23/2004<br>DRAFT MOTION FOR EX PARTE ATTACHMENT, MEMORANDUM AND AFFIDAVITS IN SUPPORT, FEDERAL AND STATE COMPLAINTS; CONDUCT RESEARCH ON SUPPLEMENTAL JURISDICTION; TELEPHONE CONSULTATION WITH DONALD CHRISTY REGARDING AUDIT | G. Geiman<br>TIME<br>MLBF.SENTR | 6.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 1200.00 |
| 66191          TIME<br>8/19/2004<br>Billed       G:48174      9/23/2004<br>REVIEW AGENT MACKAY'S AFFIDAVIT IN SUPPORT OF EX PARTE MOTION FOR TRUSTEE PROCESS; DRAFT LETTER TO AGENT MACKAY REGARDING SAME | G. Geiman<br>TIME<br>MLBF.SENTR | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 200.00 |
| 66299          TIME<br>8/30/2004<br>Billed       G:48174      9/23/2004<br>EDIT PLEADINGS; CONSULTATIONS WITH P. MACKAY | A. Sills<br>TIME<br>MLBF.SENTR | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 68393          TIME<br>10/22/2004<br>Billed       G:49375      12/6/2004<br>TELEPHONE CONSULTATION WITH PHIL MACKAY REGARDING RE-OPENING OF FILE; REVIEW FILE IN PREPARATION OF REVISING EX PARTE MOTION FOR ATTACHMENT BY TRUSTEE PROCESS | G. Geiman<br>TIME<br>MLBF.SENTR | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 100.00 |
| 68818          TIME<br>11/2/2004<br>Billed       G:49623      12/13/2004<br>REVISE EX PARTE MOTION FOR ATTACHMENT BY TRUSTEE PROCESS AND PREPARE FOR FILING | G. Geiman<br>TIME<br>MLBF.SENTR | 1.30<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 260.00 |
| 70291          TIME<br>12/1/2004<br>Billed       G:50141      1/13/2005<br>DRAFT MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF | G. Geiman<br>TIME<br>MLBF.SENTR | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 200.00 |

5/10/2006
1:30 PM

SEGAL, ROITMAN & COLEMAN
Slip Listing

Page    5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 70306   TIME<br>12/3/2004<br>Billed   G:50141   1/13/2005<br>TELEPHONE CONSULTATION WITH CLERK REGARDING WRIT OF ATTACHMENT; EDIT MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT | G. Geiman<br>TIME<br>MLBF.SENTR | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 100.00 |
| 70581   TIME<br>12/8/2004<br>Billed   G:50141   1/13/2005<br>TELEPHONE CONSULTATIONS WITH CLERK REGARDING STATUS OF SUMMONS TO TRUSTEE | G. Geiman<br>TIME<br>MLBF.SENTR | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 60.00 |
| 72288   TIME<br>2/3/2005<br>Billed   G:51074   3/14/2005<br>CORRESPONDENCE WITH SHERIFF | G. Geiman<br>TIME<br>MLBF.SENTR | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 74731   TIME<br>4/11/2005<br>Billed   G:52520   5/24/2005<br>DRAFT SETTLEMENT AGREEMENT | G. Geiman<br>TIME<br>MLBF.SENTR | 1.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 240.00 |
| 76115   TIME<br>5/16/2005<br>Billed   G:53088   6/21/2005<br>TELEPHONE CONSULTATION WITH AGENT MACKAY REGARDING SETTLEMENT AGREEMENT | G. Geiman<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 75820   TIME<br>5/23/2005<br>Billed   G:53088   6/21/2005<br>DRAFT LETTER TO SENTRY FENCE ENCLOSING SETTLEMENT AGREEMENT | G. Geiman<br>TIME<br>MLBF.SENTR | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 60.00 |
| 75896   TIME<br>5/25/2005<br>Billed   G:53088   6/21/2005<br>TELEPHONE CONSULTATION WITH SENTRY FENCE PRESIDENT MARCONI REGARDING SETTLEMENT AGREEMENT | G. Geiman<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 78425   TIME<br>7/15/2005<br>Billed   G:54198   8/9/2005<br>TELEPHONE CONSULTATION WITH JAMES MARCONI REGARDING SETTLEMENT AGREEMENT; FAX | G. Geiman<br>TIME<br>MLBF.SENTR | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 60.00 |

5/10/2006                                    SEGAL, ROITMAN & COLEMAN
1:30 PM                                            Slip Listing                                        Page      6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| AGREEMENT FOR SIGNATURE | | | | |
| 78762          TIME<br>8/5/2005<br>Billed      G:54649      9/12/2005<br>RESEARCH ASSETS; DRAFT MOTION TO<br>ATTACH PERSONAL PROPERTY AND<br>ACCOMPANYING DOCUMENTS | G. Geiman<br>TIME<br>MLBF.SENTR | 4.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 800.00 |
| 80151          TIME<br>9/26/2005<br>Billed      G:55244      10/12/2005<br>TELEPHONE CONSULTATION WITH<br>COURT CLERK REGARDING<br>SCHEDULING CONFERENCE | G. Geiman<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 80658          TIME<br>10/6/2005<br>Billed      G:55783      11/17/2005<br>TELEPHONE CONSULTATION WITH<br>OPPOSING COUNSEL | G. Geiman<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 80822          TIME<br>10/13/2005<br>Billed      G:55783      11/17/2005<br>PREPARE FOR AND ATTEND FEDERAL<br>COURT HEARING ON MOTION FOR<br>ATTACHMENT OF PERSONAL<br>PROPERTY; DRAFT LETTER TO<br>ADMINISTRATOR MASIELLO REGARDING<br>PAYMENT RECEIVED | G. Geiman<br>TIME<br>MLBF.SENTR | 3.60<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 720.00 |
| 80947          TIME<br>10/17/2005<br>Billed      G:55783      11/17/2005<br>TELEPHONE CONSULTATION WITH<br>JAMES MARCONI REGARDING<br>SETTLEMENT | G. Geiman<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 80939          TIME<br>10/18/2005<br>Billed      G:55783      11/17/2005<br>DRAFT STIPULATION FOR JUDGMENT | G. Geiman<br>TIME<br>MLBF.SENTR | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 200.00 |
| 80972          TIME<br>10/19/2005<br>Billed      G:55783      11/17/2005<br>DRAFT LETTER AGREEMENT | G. Geiman<br>TIME<br>MLBF.SENTR | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 80.00 |

5/10/2006                                        SEGAL, ROITMAN & COLEMAN
1:30 PM                                                Slip Listing                                              Page      7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 82227　　　　TIME<br>11/18/2005<br>Billed　　　G:56136　　12/8/2005<br>DRAFT MOTION TO REOPEN CASE | G. Geiman<br>TIME<br>MLBF.SENTR | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 100.00 |
| 82217　　　　TIME<br>11/21/2005<br>Billed　　　G:56136　　12/8/2005<br>TELEPHONE CONSULTATION WITH JIM<br>MARCONI AT SENTRY FENCE<br>REGARDING DELINQUENCY | G. Geiman<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 83744　　　　TIME<br>12/30/2005<br>Billed　　　G:56713　　1/17/2006<br>DRAFT VERIFIED REQUEST FOR<br>DEFAULT | G. Geiman<br>TIME<br>MLBF.SENTR | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 60.00 |
| 84365　　　　TIME<br>1/20/2006<br>Billed　　　G:57218　　2/13/2006<br>TELEPHONE CONSULTATION WITH<br>SENTRY FENCE ATTORNEY REGARDING<br>AUDIT DATE AND SETTLEMENT | G. Geiman<br>TIME<br>MLBF.SENTR | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 84524　　　　TIME<br>1/26/2006<br>Billed　　　G:57218　　2/13/2006<br>TELEPHONE CONSULTATION WITH<br>AGENT MACKAY REGARDING<br>DELINQUENCY | G. Geiman<br>TIME<br>MLBF.SENTR | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 85650　　　　TIME<br>2/27/2006<br>Billed　　　G:57543　　3/10/2006<br>DRAFT MOTION FOR ENTRY OF<br>DEFAULT JUDGMENT AND<br>MEMORANDUM IN SUPPORT | G. Geiman<br>TIME<br>MLBF.SENTR | 1.80<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 360.00 |
| 85680　　　　TIME<br>2/28/2006<br>Billed　　　G:57543　　3/10/2006<br>DRAFT MOTION FOR DEFAULT<br>JUDGMENT AND ACCOMPANYING<br>DOCUMENTS | G. Geiman<br>TIME<br>MLBF.SENTR | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 200.00 |
| 85931　　　　TIME<br>3/6/2006<br>Billed　　　G:58393　　4/20/2006<br>DRAFT MOTION FOR EXTENSION OF<br>TIME TO FILE MOTION FOR ENTRY OF<br>DEFAULT JUDGMENT; REVISE MOTION | G. Geiman<br>TIME<br>MLBF.SENTR | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 80.00 |

5/10/2006                                SEGAL, ROITMAN & COLEMAN
1:30 PM                                         Slip Listing                                          Page      8

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| FOR ENTRY OF DEFAULT JUDGMENT | | | | |
| | | | | |
| 86991          TIME | G. Geiman | 0.60 | 200.00 | 120.00 |
| 3/30/2006 | TIME | 0.00 | C@1 | |
| Billed          G:58393          4/20/2006 | MLBF.SENTR | 0.00 | | |
| REVISE MOTION FOR ENTRY OF | | 0.00 | | |
| DEFAULT JUDGMENT AND SUPPORTING | | | | |
| DOCUMENTS | | | | |

Grand Total

| | | Units | | Slip Value |
|---|---|---|---|---|
| | Billable | 40.20 | | 8040.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 40.20 | | 8040.00 |

5/2/2006
9:31 AM

SEGAL, ROITMAN & COLEMAN
Slip Listing

Page    1

---

## Selection Criteria

Slip.Billing Status    Billable
Clie.Selection    Include: 6306-03428
Slip.Classification    Open
Clie.Selection    Include: 6306-03428
Slip.Transaction Ty    2 - 2

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 57960<br>12/9/2003<br>Billed<br>CERTIFIED AND REGULAR MAIL | EXP<br><br>G:43587 | <br><br>1/22/2004 | ARS<br>POSTAGE<br>MLBF.SENTR | 1 | 4.79 | 4.79 |
| 72276<br>2/3/2004<br>Billed<br>[No description] | EXP<br><br>G:50623 | <br>2/3/2005<br>2/11/2005 | GAG<br>POSTAGE<br>MLBF.SENTR | 1 | 5.80 | 5.80 |
| 62009<br>4/14/2004<br>Billed<br>CERTIFIED AND REGULAR MAIL | EXP<br><br>G:45459 | <br><br>5/21/2004 | ARS<br>POSTAGE<br>MLBF.SENTR | 1 | 6.54 | 6.54 |
| 65857<br>8/11/2004<br>Billed<br>(U.S. DISTRICT COURT) | EXP<br><br>G:48174 | <br><br>9/23/2004 | GAG<br>FILING FEE<br>MLBF.SENTR | 1 | 150.00 | 150.00 |
| 69208<br>11/10/2004<br>Billed<br>[No description] | EXP<br><br>G:49623 | <br><br>12/13/2004 | GAG<br>POSTAGE<br>MLBF.SENTR | 1 | 1.06 | 1.06 |
| 71275<br>12/3/2004<br>Billed<br>(ROUND-TRIP) | EXP<br><br>G:50141 | <br><br>1/13/2005 | GAG<br>MESSENGER<br>MLBF.SENTR | 1 | 24.00 | 24.00 |
| 70403<br>12/10/2004<br>Billed<br>[No description] | EXP<br><br>G:50141 | <br><br>1/13/2005 | GAG<br>EXPRESS MAI<br>MLBF.SENTR | 1 | 13.65 | 13.65 |
| 70674<br>12/14/2004<br>Billed<br>(SERVE: EASTERN BANK, LYNN) | EXP<br><br>G:50141 | <br><br>1/13/2005 | ARS<br>SERVICE<br>MLBF.SENTR | 1 | 43.90 | 43.90 |

5/2/2006
9:31 AM

SEGAL, ROITMAN & COLEMAN
Slip Listing

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 72843<br>2/12/2005<br>Billed<br>(SERVE: JAMES MARCONI, LYNN) | EXP<br><br>G:51074 | <br><br>3/14/2005 | ARS<br>SERVICE<br>MLBF.SENTR | 1 | 40.90 | 40.90 |
| 73123<br>2/22/2005<br>Billed<br>(ATTEMPTED: SENTRY FENCE & IRON<br>CO., NO. READING) | EXP<br><br>G:51074 | <br><br>3/14/2005 | ARS<br>SERVICE<br>MLBF.SENTR | 1 | 15.00 | 15.00 |
| 73435<br>3/10/2005<br>Billed<br>[No description] | EXP<br><br>G:51901 | <br><br>4/21/2005 | GAG<br>POSTAGE<br>MLBF.SENTR | 1 | 2.90 | 2.90 |
| 73990<br>3/16/2005<br>Billed<br>(SERVE: JAMES MARCONI, SENTRY<br>FENCE, LYNN) | EXP<br><br>G:51901 | <br><br>4/21/2005 | GAG<br>SERVICE<br>MLBF.SENTR | 1 | 43.90 | 43.90 |
| 78817<br>7/14/2005<br>Billed<br>[No description] | EXP<br><br>G:54198 | <br><br>8/9/2005 | GAG<br>WESTLAW<br>MLBF.SENTR | 1 | 58.19 | 58.19 |
| 79680<br>8/1/2005<br>Billed<br>[No description] | EXP<br><br>G:54649 | <br>8/31/2005<br>9/12/2005 | GAG<br>WESTLAW<br>MLBF.SENTR | 1 | 11.12 | 11.12 |
| 79000<br>8/22/2005<br>Billed<br>[No description] | EXP<br><br>G:54649 | <br><br>9/12/2005 | GAG<br>POSTAGE<br>MLBF.SENTR | 1 | 2.95 | 2.95 |
| 80814<br>10/13/2005<br>Billed<br>[No description] | EXP<br><br>G:55783 | <br><br>11/17/2005 | GAG<br>TAXI<br>MLBF.SENTR | 1 | 15.00 | 15.00 |
| 87055<br>3/31/2006<br>WIP<br>[No description] | EXP | | GAG<br>POSTAGE<br>MLBF.SENTR | 1 | 1.11 | 1.11 |

Grand Total

Billable                    0.00                         440.81

5/2/2006
9:31 AM

SEGAL, ROITMAN & COLEMAN
Slip Listing

Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 440.81 |